UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JERENIECE J. JONES,<br>　　　　　　　Plaintiff,<br>vs.<br>INDIANA CIVIL RIGHTS COMMISSION, et al.,<br>　　　　　　　Defendants. | 1:06-cv-107-SEB-VSS |
| JERENIECE J. JONES,<br>　　　　　　　Plaintiff,<br>vs.<br>INDIANA CIVIL RIGHTS COMMISSION, et al.,<br>　　　　　　　Defendants. | 1:06-cv-108-SEB-VSS |

**E N T R Y**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The viable claim, if any, in these actions, is asserted against the plaintiff's employer, the Indiana Civil Rights Commission ("ICRC"). Claims against all other defendants are **dismissed.**

2. The court notes the simultaneous filings of these actions. The court further notes that if, in fact, separate claims are asserted against the ICRC, they could and should be asserted in the same case. Further, neither amended complaint complies with the requirement of Rule 8(a)(2) of the *Federal Rules of Civil Procedure* that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief. Therefore, the following is ordered:

   a. *Jones v. ICRC, et al.*, 1:06-cv-108-SEB-VSS is **closed.**

   b. The claim against the ICRC in *Jones v. ICRC, et al.*, 1:06-cv-108-SEB-VSS may be asserted in the second amended complaint to be filed in *Jones v. ICRC, et al.*, 1:06-cv-107-SEB-VSS.

  c. A **second amended complaint** shall be filed in *Jones v. ICRC, et al.*, 1:06-cv-107-SEB-VSS **no later than July 12, 2006,** and shall assert solely the claim or claims asserted or intended to be asserted against ICRC in either *Jones v. ICRC, et al.*, 1:06-cv-108-SEB-VSS or *Jones v. ICRC, et al.*, 1:06-cv-107-SEB-VSS.

 3. In submitting the second amended complaint in *Jones v. ICRC, et al.*, 1:06-cv-107-SEB-VSS, the plaintiff shall conform to the following guidelines:

  a. The second amended complaint shall comply with the requirement of Rule 8(a)(2) of the *Federal Rules of Civil Procedure* that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief . . . . ";

  b. The second amended complaint shall comply with the requirement of Rule 10 that the allegations in a complaint be made in numbered paragraphs, each of which should recite, as far as practicable, only a single set of circumstances;

  c. The second amended complaint must identify what legal injury the plaintiff claims to have suffered;

  d. The second amended complaint shall contain a clear statement of the relief which is sought, but must not contain claims asserted or which could have been asserted in *Jones v. Indiana Civil Rights Commission,* No. 1:02-cv-1701-SEB-VSS (S.D.Ind. March 20, 2006); and

 4. This Entry shall be **docketed** in both *Jones v. ICRC, et al.*, No. 1:06-cv-108-SEB-VSS and *Jones v. ICRC, et al.*, No. 1:06-cv-107-SEB-VSS. Judgment dismissing the action docketed as No. 1:06-cv-108-SEB-VSS without prejudice shall issue. No partial final judgment shall issue dismissing the claims against defendants other than the ICRC in No. 1:06-cv-107-SEB-VSS.

 **IT IS SO ORDERED.**

Date: 06/19/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jereniece J. Jones
P.O. BOX 42525
Indianapolis, IN 46242-0525

**Note to Clerk:  Processing this document requires actions other than docketing and distribution.**