UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JERENIECE J. JONES,<br>　　　　　　　　　　Plaintiff,<br>　　vs.<br>INDIANA CIVIL RIGHTS COMMISSION, et al.,<br>　　　　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) | 1:06-cv-108-SEB-VSS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 06/19/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jereniece J. Jones
P.O. Box 42525
Indianapolis, IN 46242-0525